UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARICELA NAVARRO GONZALEZ,<br><br>    Defendants. | CASE NO.: 24-CR-2452-WQH<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

  Based on the good cause shown in the Joint Motion from the Parties, **THIS COURT HEREBY ORDERS** that the motion hearing/trial setting currently set for January 6, 2025 is now continued to February 10, 2025 at 9:00 a.m. **THIS COURT FURTHER ORDERS** that time be excluded 18 U.S.C. §3161(h)(7)(A). Specifically, the ends of justice are served by ensuring that defense counsel and the government have reasonable time necessary for effective preparation, and this need outweighs the public interest in a speedy trial.

Dated: January 2, 2025

                    _____
                    Hon. William Q. Hayes
                    United States District Court